O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Hokto Kinoko Company, | ) | CV 10-1384 RSWL (PLAx) |
| Plaintiff and Counterdefendant, | ) ) ) ) | **ORDER** |
| v. | ) | |
| Concord Farms, Inc. | ) ) | |
| Defendant, Counterclaimant, and Third-Party Plaintiff, | ) ) ) ) | |
| v. | ) | |
| Hokuto Corporation, LTD. | ) ) | |
| Third-Party Defendant. | ) ) | |

Before the Court is Defendant, Counterclaimant, and Third-Party Plaintiff, Concord Farms, Inc.'s *Ex Parte* Application to Continue Hearing for Hokto Kinoko Company's and Hokuto Corporation, Ltd.'s Motions for Summary Judgment from July 19, 2011 to August 9, 2011 [108]. Having considered the Application as well as Plaintiff and Third-Party Defendant's Opposition, the

Court **HEREBY RULES AS FOLLOWS:**

The Court **GRANTS** the *Ex Parte* Application. The Court continues the hearings for Plaintiff Hokto Kinoko Company's Motion for Summary Judgment [65] and Third-Party Defendant Hokuto Corporation, Ltd.'s Motion for Summary Judgment [66] to August 9, 2011, to be heard concurrently with Defendant, Cross-complainant, and Third-Party Plaintiff Concord Farms, Inc.'s Motion for Summary Judgment [100].

DATED: July 8, 2011
**IT IS SO ORDERED.**

*RONALD S.W. LEW*

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge