UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOKTO KINOKO COMPANY,<br><br>    Plaintiff and Counterdefendant,<br><br>vs.<br><br>CONCORD FARMS, INC.,<br><br>    Defendant, Counterclaimant, and Third-Party Plaintiff,<br><br>vs.<br><br>HOKUTO CORPORATION, LTD.<br><br>    Third-Party Defendant | CV 10-1384 RSWL (PLAx)<br><br>**ORDER GRANTING PERMANENT INJUNCTION** |

    This Court, having granted summary judgment in favor of Plaintiff Hokto Kinoko Company ("Hokto Kinoko") on its claims of trademark infringement and unfair competition against Defendant Concord Farms, Inc. ("Concord Farms"), hereby ORDERS, ADJUDGES AND DECREES as follows:

    1.    This Court has jurisdiction over the parties and of the subject matter of this action.

    2.    Venue is proper in this judicial district.

    3.    Concord Farms, its principals, employees, and/or agents and anyone

acting in concert or in privity with any of them are permanently enjoined from:

    a) making, using, offering to sell or selling in the United States or from importing into the United States any mushroom product bearing the name HOKTO or any of the following marks:

| | |
|---|---|
| Registration No. 3210268 | HOKTO |
| Registration No. 3182866 | (mushroom character image) |
| Registration No. 3179700 | (enoki mushroom character image) |
| Registration No. 3182867 | (white mushroom character image) |

unless the product is a genuine product of Hokto Kinoko.

    b) Using the HOKTO mark or name alone or in combination with other words or using any of the following marks in connection with the sale, offer for sale; or distribution of mushroom products unless the product is a genuine product of Hokto Kinoko.

    (c) Representing that Concord Farms, or any entity controlled by

Concord Farms, is a dealer or distributor or reseller of any mushroom product of Hokuto Corporation in Japan or that a customer can order mushroom products of Hokuto Corporation in Japan from Concord Farms or any entity controlled by Concord Farms.

    4.    This Court shall retain jurisdiction concerning enforcement of this Permanent Injunction.

DATED: August 16, 2011

**IT IS SO ORDERED.**

                                                       <u>RONALD S.W. LEW</u>
                                                     Honorable Ronald S.W. Lew
                                                     Senior, U.S. District Judge