1  **DAVID A. DILLARD, CA Bar No. 97515**
   **david.dillard@cph.com**
2  **CHRISTIE, PARKER & HALE, LLP**
   **655 N. Central Avenue, Suite 2300**
3  **Glendale, California 91203-1445**
   **Telephone: (626) 795-9900**
4  **Facsimile: (626) 577-8800**

5  Attorneys for Plaintiff and Counterdefendant
   HOKTO KINOKO COMPANY and Third-
6  Party Defendant HOKUTO CORPORATION

7
   **RAYMOND B. KIM, CA Bar No. 162756**
8  **rkim@mdjalaw.com**
   **MEYLAND DAVITT JAIN AREVIAN & KIM LLP**
9  **444 So. Flower Street, Suite 1850**
   **Los Angeles, California  90071**
10 **Telephone: (213) 225-6000**
   **Facsimile: (213) 225-6660**
11
   Attorneys for Defendant
12 CONCORD FARMS,  INC.

13

14                 UNITED STATES DISTRICT COURT

15                CENTRAL  DISTRICT OF CALIFORNIA

16

17 HOKTO KINOKO COMPANY,              Case No.  CV10-01384 RSWL (PLAx)

18        Plaintiff and Counterdefendant,
                                          **NOTICE OF SETTLEMENT**
19 vs.

20 CONCORD FARMS, INC.,

21        Defendant, Counterclaimant, and
          Third-Party Plaintiff,          **Hon. Ronald S.W. Lew**
22
   vs.
23
   HOKUTO CORPORATION, LTD.
24
          Third-Party Defendant
25

26

27

28

                                -1-

**TO THE COURT:**

**PLEASE TAKE NOTICE** that the parties have reached a settlement in principle of this matter.   The parties anticipate completing all settlement documentation within thirty days and anticipate filing dismissal papers within forty-five days.

                                        Respectfully submitted,

DATED:  September 9, 2014          CHRISTIE, PARKER & HALE, LLP


                                   By___/s/David A. Dillard_____
                                        David A. Dillard

                                        Attorneys for Plaintiff and
                                        Counterdefendant
                                        HOKTO KINOKO COMPANY and
                                        Third-Party Defendant HOKUTO
                                        CORPORATION, LTD.

DATED:  September 9, 2014          MEYLAND DAVITT JAIN AREVIAN
                                          & KIM LLP


                                   By___/s/Raymond B. Kim (w/ permission)
                                        Raymond B. Kim
                                        Benedetto L. Balding
                                        Attorneys for Defendant,
                                        Counterclaimant, and Third Party
                                        Plaintiff
                                        CONCORD FARMS, INC.

SCL PAS1317046.1-*-09/9/14 2:14 PM

CHRISTIE, PARKER & HALE, LLP