DAVID A. DILLARD, CA Bar No. 97515
david.dillard@cph.com
CHRISTIE, PARKER & HALE, LLP
655 N. Central Avenue, Suite 2300
Glendale, California 91203-1445
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiff and Counterdefendant
HOKTO KINOKO COMPANY and Third-Party Defendant HOKUTO CORPORATION

RAYMOND B. KIM, CA Bar No. 162756
rkim@mdjalaw.com
MEYLAND DAVITT JAIN AREVIAN & KIM LLP
444 So. Flower Street, Suite 1850
Los Angeles, California 90071
Telephone: (213) 225-6000
Facsimile: (213) 225-6660

Attorneys for Defendant, Counterclaimant and Third Party Plaintiff
CONCORD FARMS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOKTO KINOKO COMPANY,<br><br>    Plaintiff and Counterdefendant,<br><br>vs.<br><br>CONCORD FARMS, INC.,<br><br>    Defendant, Counterclaimant, and Third-Party Plaintiff,<br><br>vs.<br><br>HOKUTO CORPORATION, LTD.<br><br>    Third-Party Defendant | Case No. CV10-01384 RSWL (PLAx)<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Hon. Ronald S.W. Lew |

Pursuant to Rule 41(a)91)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Counterdefendant Hokto Kinoko Company ("Hokto") and Defendant, Counterclaimant and Third Party Plaintiff Concord Farms, Inc.

-1-

("Concord"), by and through their counsel of record, hereby stipulate to dismiss this all remaining claims and counterclaims in this action with prejudice. Hokto hereby dismisses all remaining claims with prejudice. Concord hereby dismisses all remaining claims and counterclaims with prejudice.

Each of the undersigned parties agrees that it shall bear its own costs and attorneys' fees associated with this matter.

Respectfully submitted,

DATED: November 10, 2014    CHRISTIE, PARKER & HALE, LLP

By _____
David A. Dillard

Attorneys for Plaintiff and Counterdefendant
HOKTO KINOKO COMPANY and Third-Party Defendant HOKUTO CORPORATION, LTD.

DATED: November 10, 2014    MEYLAND DAVITT JAIN AREVIAN & KIM LLP

By _____
Raymond B. Kim

Attorneys for Defendant, Counterclaimant and Third Party Plaintiff
CONCORD FARMS, INC.

DAD PAS1326706.1-*-11/10/14 3:33 PM